UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUNAH PARK,

                 Plaintiff,            24-cv-787 (JGK)

       - against -             ORDER

SANCTUARY FOR FAMILIES, INC., ET
AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

     The parties are directed to submit a Rule 26(f) report by **May 28, 2024.**

SO ORDERED.

Dated:    New York, New York
          May 14, 2024

                            _____
                              John G. Koeltl
                     United States District Judge