**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**

**SUNAH PARK,**

                          **Plaintiff,**                     **24-CV-787 (JGK)**

               **-against-**                     **ORDER SCHEDULING**
                                                         **SETTLEMENT**
**SANCTUARY FOR FAMILIES, INC et al,**        **CONFERENCE**

                        **Defendants.**

**-----------------------------------------------------------------X**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        A settlement conference in this matter is hereby scheduled for **Monday, November 4, 2024, at 2:00 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

        Defendant must respond to Plaintiff's previous demand, prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **October 28, 2024.**

 **SO ORDERED.**

DATED:     New York, New York
             July 16, 2024

                                _____

                             VALERIE FIGUEREDO
                             United States Magistrate Judge