UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUNAH PARK,

                              **Plaintiff,**

                   **-against-**

SANCTUARY FOR FAMILIES, INC et al,

                             **Defendants.**

-----------------------------------------------------------------X

**24-CV-787 (JGK)**

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The settlement conference in this matter is hereby rescheduled for **Thursday, October 17, 2024, at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

Defendant must respond to Plaintiff's previous demand, prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **October 10, 2024.**

      SO ORDERED.

DATED:    New York, New York
               August 27, 2024

                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge